# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WALSH, III, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-0486 |
| v. | : | (Mannion, D.J.) |
| | | (Carlson, M.J.) |
| U.S. HOUSE OF REPRESENTATIVES, | : | |
| | : | |
| Defendants | | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Carlson, (Doc. 4), is **ADOPTED IN ITS ENTIRETY**. Walsh's objections, (Doc.5), are **OVERRULED**. Walsh's complaint, (Doc.1), is **DISMISSED WITH PREJUDICE**.

The court makes a referral to Judge Carlson to conduct show cause proceedings, affording Walsh notice and an opportunity to be heard, and to issue a Report and Recommendation as to whether the court should issue a pre-filing injunction against Walsh under 28 U.S.C. §1651(a),enjoining Walsh from filing any new civil action, motions, papers, or requests for relief in any civil actions in the Middle District of Pennsylvania without seeking and obtaining a court order allowing his filing.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 11, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0486-01-Order.wpd